In re:

Martell L. Holt

    Debtor

Case No. 20-82291-CRJ

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 1126-8 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: van004 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martell L. Holt, 5 Muirfield Ln, Huntsville, AL 35802-1289 |
| intp | | Melody Holt, 5 Murfield Lane, Huntsville, AL 35802 |
| cr | | Redstone Federal Credit Union, c/o Howard Grisham, PO Box 5585, Huntsville, AL 35814-5585 |
| cr | + | Synovus Bank, c/o Christian & Small LLP, 1800 Financial Center, 505 N. 20th Street, Birmingham, AL 35203-4633 |
| 10552479 | + | Bradley R. Hightower, Christian & Small, 505 N. 20th St., Ste 1800 Financial Ctr, Birmingham, AL 35203-4633 |
| 10570386 | | Cintas, P.O. Box 630910, Cincinnati, OH 45263-0910 |
| 10570390 | + | Crestwood Medical Center, One Hospital Dr., Huntsville, AL 35801-3498 |
| 10552480 | + | Dewayne N. Morris, Attorney at Law, 2131 Third Ave. N., Birmingham, AL 35203-3314 |
| 10570389 | + | Emergency Medical Assoc., P.O. Box 2153 Drawer 3172, Birmingham, AL 35287-0002 |
| 10552470 | | Emmanuel & Ebony Stephens, 3602 Stag Run Dr., Huntsville, AL 35810 |
| 10552460 | + | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 10557815 | + | Holt & Holt Entrepreneurship, 6459 University Drive NW, Huntsville, AL 35806-1715 |
| 10552471 | | Home Depot, PO Box 6405, Dallas, TX 75265 |
| 10570383 | + | Juan Garcia, 410 S Edgemont Circle NW, Huntsville, AL 35811-1363 |
| 10552472 | + | Kim & Larry Lewis, PO Box 22645, Huntsville, AL 35814-2645 |
| 10552482 | + | Lindsey W. Veazey, Couch Conville Blitt, 2024 3rd Ave, Ste 216, Birmingham, AL 35203-3320 |
| 10552474 | + | Melody Holt, 5 Muirfield Ln, Huntsville, AL 35802-1289 |
| 10552475 | + | Melvin & Shellie Harris, 3900 Neptune Dr., Huntsville, AL 35810-1326 |
| 10552476 | + | Mitchell and Ann Reed, 3600 Stag Run Dr., Huntsville, AL 35810-1730 |
| 10570387 | + | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OG 44087-2476 |
| 10570382 | + | Outdoor Solutions Inc., 310 Dan Tibbs Rd, Huntsville, AL 35806-3704 |
| 10570388 | + | Radiology of Huntsville, 2006 Franklin St. SE, Ste 200, Huntsville, AL 35801-4537 |
| 10552477 | + | Regions Bank, 201 Milan Parkway, Birmingham, AL 35211-6946 |
| 10552458 | + | The Ledges Community Assoc., PO Box 18757, Huntsville, AL 35804-8757 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: bnc_notices_northern@alnba.uscourts.gov | Feb 03 2021 01:57:00 | Richard Blythe, BA Decatur, P O Box 3045, Decatur, AL 35602-3045 |
| cr | + | Email/Text: paulab@eva-bank.com | Feb 03 2021 01:59:00 | EvaBank, % Jane Smith, 1710 Cherokee Ave SW, Cullman, Al 35055-5333 |
| 10552464 | | EDI: APPLIEDBANK.COM | Feb 03 2021 05:58:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 10552459 | | EDI: ALDEPREV.COM | Feb 03 2021 05:58:00 | Alabama Department of Revenue, Legal Division, PO Box 320001, Montgomery, AL 36132-0001 |
| 10552454 | + | EDI: GMACFS.COM | Feb 03 2021 05:58:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 10552463 | + | EDI: AMEREXPR.COM | Feb 03 2021 05:58:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 10552462 | + | EDI: AMEREXPR.COM | Feb 03 2021 05:58:00 | American Express, 4315 South 2700 West, Salt Lake City, UT 84184-0002 |

| 10552455 | + Email/Text: SpecialAssetsDepartment@bibank.com | | |
|---|---|---|---|
| | | Feb 03 2021 01:55:00 | Bank Independent, PO Box 5000, Sheffield, AL 35660-0137 |
| 10570385 | EDI: CCS.COM | | |
| | | Feb 03 2021 05:58:00 | CCS, P.O. Box 55126, Boston, MA 02205-5126 |
| 10552465 | + EDI: CAPITALONE.COM | | |
| | | Feb 03 2021 05:58:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 10552466 | + EDI: CAPITALONE.COM | | |
| | | Feb 03 2021 05:58:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 10552467 | + EDI: CITICORP.COM | | |
| | | Feb 03 2021 05:58:00 | Citicards, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 10552468 | + EDI: WFNNB.COM | | |
| | | Feb 03 2021 05:58:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 10552469 | EDI: CCS.COM | | |
| | | Feb 03 2021 05:58:00 | Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |
| 10552456 | + Email/Text: paulab@eva-bank.com | | |
| | | Feb 03 2021 01:59:00 | Eva Bank, 1710 Cherokee Ave. SW, Cullman, AL 35055-5333 |
| 10570384 | + Email/Text: pocatello_spo@farmersinsurance.com | | |
| | | Feb 03 2021 01:58:00 | Farmers Insurance Group, P.O. Box 0913, Carol Stream, IL 60132-0913 |
| 10552481 | EDI: IRS.COM | | |
| | | Feb 03 2021 05:58:00 | Internal Revenue Service, PO Box 69, Memphis, TN 38101-0069 |
| 10552473 | EDI: RMSC.COM | | |
| | | Feb 03 2021 05:58:00 | Lowe's, PO Box 530970, Atlanta, GA 30353-0970 |
| 10553573 | + EDI: PRA.COM | | |
| | | Feb 03 2021 05:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 10552457 | + Email/Text: Bankruptcy@redfcu.org | | |
| | | Feb 03 2021 01:56:00 | Redstone Federal Credit Union, 220 Wynn Drive, Huntsville, AL 35893-0001 |
| 10552478 | + Email/Text: synovusbankruptcy@synovus.com | | |
| | | Feb 03 2021 01:59:00 | Synovus Bank, 301 Washington St., Huntsville, AL 35801-4891 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | Holt & Holt Entrepreneurship, 6459 University Drive NW, Huntsville, AL 35806-1715 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 10552461 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021                 Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Bradley Richard Hightower | on behalf of Creditor Synovus Bank brhightower@csattorneys.com  brad--hightower-1605@ecf.pacerpro.com |
| Brandon Nicholas Smith | on behalf of Debtor Martell L. Holt brandonbk@bellsouth.net cwhaleybk@gmail.com;dezlawecf@gmail.com;smithbr49395@notify.bestcase.com;brandonbk@ecf.courtdrive.com;smedders@bellsouth.net |
| C Howard Grisham | on behalf of Creditor Redstone Federal Credit Union pcornelius@comcast.net |
| Daniel D Sparks | on behalf of Creditor Synovus Bank ddsparks@csattorneys.com  dan-sparks-9722@ecf.pacerpro.com |
| John R Lavette | on behalf of Creditor EvaBank jlavette@bellsouth.net  am.stivender@yahoo.com |
| Judith Thompson | judith@al-bk.com  AL03@ecfcbis.com |
| Judith Thompson | on behalf of Trustee Judith Thompson judith@al-bk.com  AL03@ecfcbis.com |

TOTAL: 7

Case 20-82291-CRJ7   Doc 64   Filed 02/04/21   Entered 02/05/21 00:11:28   Desc
Imaged Certificate of Notice   Page 3 of 4

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**                                                                **Case No.** 20−82291−CRJ7
Martell L. Holt                                                           **Chapter** 7
**SSN:** xxx−xx−0566

      **Debtor(s)**

## NOTICE TO FILE CLAIMS

     Notice is hereby given that there may be assets from which a dividend could be paid in this case. Any creditor wishing to participate if there are proceeds from assets available for distribution must, pursuant to Rule 3002 (c)(5) of the Federal Rules of Bankruptcy Procedure, file a proof of claim within 90 days after the mailing of this notice. For governmental units, a proof of claim must be filed within the 90−day deadline or within 180 days after the date of the order for relief in this case, whichever is later.

     Notice is further given that should you fail to file a claim within the time fixed, your claim may be barred. If you have previously filed such a claim, you need not file again.

     A proof of claim form can be obtained at any bankruptcy clerk's office or by visiting www.uscourts.gov/forms/bankruptcy−forms. Claims can be filed electronically through the court's website at: www.alnb.uscourts.gov/electronic−proof−claim.

Dated:  February 2, 2021                                   By:

                                      Joseph E. Bulgarella, Clerk
                                      United States Bankruptcy Court

tcw